**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

ROSETTA GIDDENS                                                                               PLAINTIFF

v.                                        NO. 5:14cv00028 JM

ARKANSAS DEPARTMENT OF                                                          DEFENDANTS
FINANCE AND ADMINISTRATION, et al.

## ORDER

The jury trial scheduled to begin October 26, 2015, is cancelled and this case is removed from the trial docket.

IT IS SO ORDERED this 20th day of October, 2015.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE