12-1-2015

Rosetta Giddens
SS: XXX-XX-7133

VS.

Arkansas Department of
Finance and Administration, et. al.

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 01 2015

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

5:14-CV-00028 JM

Comes now the Plaintiff, Rosetta L. Giddens, whose address is
6107 S Mulberry St. Pine Bluff, Ar. 71603, and whose Social
Security number is XXX-XX-7133, I would like for Judge Moody
to allow plaintiff more time to find legal counsel to represent
her in this lawsuit since Mrs. Sandra Harris has asked
to be terminated from her the plaintiff case. The Plaintiff
Prays that Judge Moody don't close her case and grant her
more time to find legal counsel.

Rosetta Giddens
6107 S. Mulberry St
Pine Bluff, Ar. 71603
Home ph: 870-575-0344
Cell ph: 870-413-8155